Exhibit A

# United States of America
## United States Patent and Trademark Office



| | |
|---|---|
| **Reg. No. 4,002,952** | ABBOUD, STEVEN (UNITED STATES INDIVIDUAL)<br>16569 SUMMIT DRIVE |
| **Registered July 26, 2011** | OMAHA, NE 68136 |
| **Int. Cl.: 13** | FOR: STUN GUNS, IN CLASS 13 (U.S. CLS. 2 AND 9). |
| | FIRST USE 2-1-2007; IN COMMERCE 4-1-2007. |
| **TRADEMARK** | |
| **PRINCIPAL REGISTER** | THE MARK CONSISTS OF BLUE AND WHITE ELECTRICAL SPARKS BEHIND THE WORDING "PHAZZER" IN BLACK WITH THE Z'S BEING LARGER. THE BLACK BACKGROUND IS USED TO DISPLAY THE SHADING IN THE MARK AND IS NOT PART OF THE MARK. |

THE COLOR(S) BLUE, WHITE, AND BLACK IS/ARE CLAIMED AS A FEATURE OF THE MARK.

SN 77-768,841, FILED 6-26-2009.

FONG HSU, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office



# United States of America
### United States Patent and Trademark Office

# PHAZZER

**Reg. No. 4,181,922**
**Registered July 31, 2012**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

STEVEN ABBOUD (UNITED STATES INDIVIDUAL)
16569 SUMMIT DRIVE
OMAHA, NE 68136

FOR: BINOCULARS; BULLET-PROOF VESTS AND CLOTHING; CELLULAR PHONES; DAY AND NIGHT VISION SYSTEMS PRIMARILY COMPRISING DAY AND NIGHT SENSORS, DAY AND NIGHT CAMERAS, POWER SOURCES, COMMUNICATION MEANS, MONITORS AND OPERATING SOFTWARE; DIGITAL VIDEO RECORDERS; ELECTRONIC VIDEO SURVEILLANCE PRODUCTS, NAMELY, ELECTRONIC COMPONENTS OF SECURITY SYSTEMS; EYEWEAR; EYEWEAR ACCESSORIES, NAMELY, STRAPS, NECK CORDS AND HEAD STRAPS WHICH RESTRAIN EYEWEAR FROM MOVEMENT ON A WEARER; EYEWEAR CASES; GLOBAL POSITIONING SYSTEM (GPS), IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 2-1-2007; IN COMMERCE 4-1-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-334,189, FILED 5-31-2011.

DAVID C. REIHNER, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# PHAZZER

| | |
|---|---|
| **Reg. No. 4,662,575** | PHAZZER IP, LLC (NEBRASKA LIMITED LIABILITY COMPANY) |
| **Registered Dec. 30, 2014** | SUITE 181<br>109 AMBERSWEET WAY<br>DAVENPORT, FL 33897 |
| **Int. Cl.: 13** | |
| | FOR: AMMUNITION; HOLSTERS; STUN GUNS, IN CLASS 13 (U.S. CLS. 2 AND 9). |
| **TRADEMARK** | FIRST USE 2-1-2007; IN COMMERCE 4-1-2007. |
| **PRINCIPAL REGISTER** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | OWNER OF U.S. REG. NOS. 4,002,952 AND 4,181,922. |
| | SER. NO. 86-255,610, FILED 4-17-2014. |
| | AMY ALFIERI, EXAMINING ATTORNEY |



*Michelle K. Lee*
Deputy Director of the United States
Patent and Trademark Office