# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PHAZZER ELECTRONICS, INC.,**

    **Plaintiff,**

**v.**                                              **Case No:   6:15-cv-348-Orl-31DAB**

**PROTECTIVE SOLUTIONS, INC., JEFFREY ANDERSON and MIA ANDERSON,**

    **Defendants.**

## ORDER

This cause comes before the Court on Motion for Default Judgment (Doc. No. 23) filed September 30, 2015.

On October 27, 2015, the United States Magistrate Judge issued a report (Doc. No. 26) recommending that the motion be denied, without prejudice. Plaintiff filed a bare bones objection to the Report and Recommendation (Doc. 29) without a supporting memorandum of law. Accordingly, it is

**ORDERED** that Plaintiff's objection to the Report and Recommendation (Doc. 30) is OVERRULED. The Report and Recommendation (Doc. 26) is CONFIRMED and ADOPTED as part of this Order.   The Motion for Default Judgment (Doc. No. 23) is DENIED, without prejudice.

If Plaintiff wishes to re-file the Motion, it must do so by November 27, 2015 in compliance with Judge Baker's Recommendation.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 13, 2015.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party