# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PHAZZER ELECTRONICS, INC.,**

    **Plaintiff,**

**v.**                                                          **Case No:   6:15-cv-348-Orl-31DAB**

**PROTECTIVE SOLUTIONS, INC.,
JEFFREY ANDERSON and MIA
ANDERSON,**

    **Defendants.**

## ORDER

This matter comes before the Court upon the Report and Recommendation (Doc. 49), entered by Magistrate Judge David Baker on January 20, 2016, Plaintiff's Motion to Transfer to the Eastern District of Michigan and Objection to the Report and Recommendation (Doc. 50) and Defendants' Response in Opposition (Doc. 51). In the Report and Recommendation, Judge Baker found that Plaintiff failed to show personal jurisdiction over any Defendant, and recommended that the Clerk's defaults entered against the Defendants be vacated, the Defendants' motion to dismiss for lack of personal jurisdiction be granted and the Complaint dismissed, with leave to amend against the corporate defendant only, and the motions for default judgment be denied as moot. Upon de novo review of the above, the Court concurs with the recommendations of the Magistrate Judge. The Court also finds that Plaintiff has failed to make a sufficient showing under 28 U.S.C. 1404(a) for transfer.

It is, therefore, **ORDERED** that:

1) Plaintiff's Objection to the Report and Recommendation is **OVERRULED**. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2) The Defaults entered by the Clerk are **VACATED**, and the Motions for Entry of Default Judgment are **DENIED**.

3) The Amended Motion to Dismiss the Complaint for Lack of Personal Jurisdiction is **GRANTED**. The Plaintiff may file an Amended Complaint against the corporate defendant by March 4, 2016

4) Plaintiff's Motion to Transfer is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 19, 2016.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party